# EXHIBIT A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF MONROE

Dale Noble,

Plaintiff,

-against-

Home Depot U.S.A., Inc.,

Defendant.

**SUMMONS**

Index No.:

Date Filed:

**To the above named Defendant:**

**You are hereby summoned** to answer the complaint in this action, and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance on the plaintiff's attorneys within twenty (20) days after the service of this summons, exclusive of the day of service, where service is made by delivery upon you personally within the state, or, within thirty (30) days after completion of service where service is made in any other manner. In case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

The basis of venue designated is the residence of the plaintiff, which is 200 Colby Street, Spencerport, New York 14559

Defendant's addresses:

Home Depot U.S.A., Inc.
2455 Paces Ferry Road
Atlanta, GA 30339

Dated: December 10, 2025

SWBoyce Jr.

Sheldon W. Boyce, Jr.
Sheldon Boyce Law PLLC
29 West Main Street
Honeoye Falls, NY 14472
(585) 454-2000

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF MONROE

Dale Noble,

Plaintiff,

against

Home Depot U.S.A., Inc.,

Defendant.

**COMPLAINT**

Index No.

Date Filed:

Plaintiff, for his complaint, alleges:

1. Plaintiff is a resident of the County of Monroe in the State of New York.

2. Upon information and belief, at all times relevant, Home Depot U.S.A., Inc. ("Home Depot") was and is a foreign business corporation organized and existing under the laws of the State of Delaware.

3. Upon information and belief, at all times relevant, Home Depot conducted business in the State of New York.

4. Upon information and belief, Home Depot maintains principal offices at 2455 Paces Ferry Road, Atlanta, Georgia 30339.

5. Upon information and belief, at all times relevant, Home Depot owned 1250 West Ridge Road, Rochester, New York 14615 (the "Premises").

6. Upon information and belief, at all times relevant, Home Depot maintained the Premises.

7. Upon information and belief, at all times relevant, Home Depot controlled the Premises.

8. Upon information and belief, at all times relevant, Home Depot operated the Premises.

9. On February 1, 2023, plaintiff was lawfully at the Premises when an employee of defendant, acting in the scope of his employment with defendant, caused plaintiff to fall and sustain injuries.

10. Plaintiff was injured as the result of the negligence of the defendant, it agents, servants, and employees.

11. The amount of damages sought in this action exceeds the jurisdictional limits of all lower courts that would otherwise have jurisdiction.

12. As a result of defendant's negligence, plaintiff suffered serious and permanent injuries, causing him to endure pain and suffering, loss of enjoyment of life, and a permanent disability.

WHEREFORE, plaintiff demands judgment against defendant for a sum of money which will justly and fairly compensate him for the harms caused by defendant, plus interest, costs, and disbursements.

Dated: December 10, 2025

Sheldon W. Boyce, Jr.
Sheldon Boyce Law PLLC
Attorneys for Plaintiff
29 West Main Street
Honeoye Falls, New York 14472
(585) 454-2000